UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVRA KEOKONGCHACK, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ADVANCED CALL CENTER TECHNOLOGIES, LLC, and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | No. 2:13-cv-01385-TLN-AC<br><br>**ORDER OF NON-RELATED CASES** |
| QUIANNA RAY, on behalf of herself and all others similarly situated, and on behalf of the general public,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ADVANCED CALL CENTER TECHNOLOGIES, LLC, a Georgia limited liability company, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | No. 2:13-cv-01472-KJM-DAD |

The undersigned judge declines to relate the above-captioned cases pursuant to Local Rule 123. Assignment of the matters to the same judge is not likely to effect a substantial savings of judicial effort or other economies. These actions involve the same or similar defendants, but the actions involve different proposed classes, there are unique facts and claims to each case, it is not clear that the same result should follow in these actions, and assignment to different judges would not entail substantial duplication of labor.

Therefore, 2:13-cv-01472-KJM-DAD shall not be reassigned to the undersigned judge.

**IT IS SO ORDERED.**

DATED:      July 31, 2013

Troy L. Nunley
United States District Judge

1