1  MICHAEL E. BREWER, Bar No. 177912
   LITTLER MENDELSON, P.C.
2  Treat Towers
   1255 Treat Boulevard, Suite 600
3  Walnut Creek, CA  94597
   Telephone:   925.932.2468
4  Facsimile:   925.946.9809

5  MICHAEL G. LEGGIERI, Bar No. 253791
   LITTLER MENDELSON, P.C.
6  500 Capitol Mall, Suite 2000
   Sacramento, CA  95814
7  Telephone:   916.830.7200
   Facsimile:   916.848.0200

8
   Attorneys for Defendant
9  ADVANCED CALL CENTER TECHNOLOGIES, LLC

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| DEVRA KEOKONGCHACK, individually and on behalf of all others similarly situated, | Case No.  13cv1385 TLN (AC) |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO STAY CASE PENDING MEDIATION** |
| ADVANCED CALL CENTER TECHNOLOGIES, LLC, and DOES 1-50, inclusive. | |
| Defendants. | |

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

STIPULATION AND ORDER TO STAY
CASE PENDING MEDIATION

13cv1385

Plaintiff Devra Keokongchack ("Plaintiff") and Defendant Advanced Call Center Technologies, LLC ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. **WHEREAS**, in the interest of efficiency and economy, the Parties agree that there is merit in pursuing an early mediation of all issues between the Parties.

2. **WHEREAS**, the Parties have already secured a commitment from mediator Michael Dickstein to conduct a mediation on November 13, 2013.

3. **WHEREAS**, in order to have effective discussions and mediate this case, the Parties have agreed to an informal exchange of discovery regarding Plaintiff's claims and Defendant's defenses.

4. **WHEREAS,** the Parties want to engage in the mediation process without the litigation burdens associated with formal discovery and motion practice, and want to preserve their rights to complete discovery before trial in the event that this case is not resolved at mediation, the Parties are requesting that this case be stayed until, and in the event that, the November 13, 2013 mediation is unsuccessful.

5. **WHEREAS,** no case management deadlines have yet been set in this case and a trial date has not yet been assigned.

6. **WHEREAS,** the Parties' request is not made for the purpose of delay or any other improper purpose.

7. **WHEREAS,** the Parties agree that the stay will be lifted on, and that the parties will file an updated joint status report with the Court on or before, November 27, 2013.

///
///
///
///
///
///

STIPULATION AND ORDER TO STAY CASE PENDING MEDIATION    1.    13cv1385

**THEREFORE**, in light of the Parties' agreement to proceed to mediation and in an effort to minimize costs, the Parties respectfully request this Court stay formal discovery and all deadlines in this case, including the deadline for the exchange of initial disclosures and the deadline for submitting a joint status report and discovery plan, until after the mediation is completed.

**IT IS SO STIPULATED**.

Dated: September 6, 2013

By: /s/ *Michael G. Leggieri*
MICHAEL E. BREWER
MICHAEL G. LEGGIERI
LITTLER MENDELSON, P.C.
Attorneys for Defendant
ADVANCED CALL CENTER
TECHNOLOGIES, LLC

Dated: September 6, 2013

BY: /s/ *Charles A. Jones [with permission]*
CHARLES A. JONES
KELLY MCINERNEY
JONES LAW FIRM
Attorneys for Plaintiff
DEVRA KEOKONGCHACK

## ORDER

The Court, having considered the Parties' stipulation for a stay pending mediation, orders that this matter is hereby stayed pending the Parties' private mediation currently scheduled for November 13, 2013. The stay shall be lifted on November 27, 2013, and the Parties shall file an updated joint status report with the Court on or before November 27, 2013 advising the Court of the status of the case and a proposed discovery plan.

**IT IS SO ORDERED.**

Dated: September 9, 2013

Troy L. Nunley
United States District Judge

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

STIPULATION AND ORDER TO STAY
CASE PENDING MEDIATION

2.

13cv1385