1  MICHAEL E. BREWER, Bar No. 177912
   MICHAEL G. LEGGIERI, Bar No. 253791
2  LITTLER MENDELSON, P.C.
   Treat Towers
3  1255 Treat Boulevard, Suite 600
   Walnut Creek, CA  94597
4  Telephone:     925.932.2468
   Fax:     925.946.9809
5
   Attorneys for Defendant
6  ADVANCED CALL CENTER TECHNOLOGIES, LLC
7
8  MATTHEW RIGHETTI, Bar No. 121012
   JOHN GLUGOSKI, Bar No. 191551
9  RIGHETTI GLUGOSKI, P.C.
   456 Montgomery Street, Suite 1400
10 San Francisco, CA 94104
   Telephone:    415.983.0900
   Fax:          415.397.9005
11
12 CHARLES A. JONES, Bar No. 224915
   JONES LAW FIRM
13 9585 Prototype Court, Suite B
   Reno, NV  89521
   Telephone:     775.853.6640
14 Fax:           775.853.6445
15 Attorneys for Plaintiff
   DEVRA KEOKONGCHACK
16
                    UNITED STATES DISTRICT COURT
17
                  EASTERN DISTRICT OF CALIFORNIA
18
                       SACRAMENTO DIVISION
19

| | |
|---|---|
| DEVRA KEOKONGCHACK, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>ADVANCED CALL CENTER TECHNOLOGIES, LLC, and DOES 1-50, inclusive,<br><br>                    Defendants. | Case No.  13cv1385 TLN (AC)<br><br>**STIPULATION AND ORDER TO STAY ALL PROCEEDINGS PENDING FINAL APPROVAL OF THE PROPOSED CLASS ACTION SETTLEMENT IN *CARL, ET AL. V. ADVANCED CALL CENTER TECHNOLOGIES, LLC*** |

20
21
22
23
24
25
26
27
28

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

STIPULATION AND ORDER                                                    13CV1385

Plaintiff Devra Keokongchack ("Plaintiff") and Defendant Advanced Call Center Technologies, LLC ("ACT") (collectively "the Parties"), by and through their counsel of record, hereby stipulate and respectfully request that this action be stayed pending final approval of a proposed class action settlement in the case entitled *Shelley Carl, et al. v. Advanced Call Center Technologies, LLC*, Superior Court for the State of California, Sacramento County, Case No. 34-2013-00148310. The facts underlying the stipulation and request for a stay are as follows:

## RECITALS

1.     On May 8, 2013, Plaintiff filed this lawsuit as a putative class action against ACT. This lawsuit asserts claims for alleged violations of the California Labor Code and California Business & Professions Code.

2.     On June 13, 2013, a putative class action lawsuit entitled *Quianna Ray, et al. v. Advanced Call Center Technologies, LLC*, U.S.D.C. Eastern District of California, Case No. 13cv1472 ("*Ray*"), was filed against ACT. The *Ray* lawsuit also asserts claims for alleged violations of the California Labor Code and California Business & Professions Code.

3.     On July 19, 2013, a putative class action lawsuit entitled *Shelley Carl, et al. v. Advanced Call Center Technologies, LLC*, Superior Court for the State of California, Sacramento County, Case No. 34-2013-00148310 ("*Carl*"), was filed against ACT. The *Carl* lawsuit also asserts claims for alleged violations of the California Labor Code and California Business & Professions Code.

4.     On November 13, 2013, a private mediation was conducted with mediator Michael Dickstein to discuss a potential global resolution of *Ray*, *Carl*, and this lawsuit.

5.     On April 17, 2014, following continued assistance from mediator Michael Dickstein, the named plaintiffs in all three putative class actions and ACT finalized a memorandum of understanding for a proposed class action settlement in *Carl*, subject to approval by the Sacramento Superior Court.

6.     Although ACT has agreed to a proposed class action settlement, ACT does not admit that it engaged in any unlawful conduct. The Parties agree that the proposed class action settlement shall not be construed as an admission by ACT that it has violated any statute, law, or regulation.

1.

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

STIPULATION AND ORDER                                                                          13CV1385

1   7.      Counsel for the named plaintiffs in *Carl* has reserved a hearing date in July 2014 for a

2   motion for preliminary approval of the proposed class action settlement.

3   8.      Plaintiff has reviewed the terms of the proposed class action settlement in *Carl* and

4   agrees that they are fair, adequate, and reasonable.  As a result, Plaintiff has opted to participate in

5   the proposed class action settlement in *Carl* which, if approved by the Sacramento Superior Court,

6   would resolve and release her claims against ACT that are alleged in this lawsuit.

7   9.      If, for whatever reason, the Sacramento Superior Court does not grant final approval

8   of the proposed class action settlement in *Carl*, and therefore Plaintiff's claims are not resolved and

9   released through the proposed class action settlement, the Parties wish to maintain the status quo in

10  this action.

11  10.     The *Ray* action has been stayed pending final approval of the proposed class action

12  settlement in *Carl*.  *See* E.D. Cal. Case No. 13cv1472, April 30, 2014 Order, Doc. No. 32.

13  11.     As of the date of this stipulation, no class has been certified in this action and no

14  notice has been sent to the putative class members.

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

STIPULATION AND ORDER                                                                          13CV1385

**STIPULATION**

Accordingly, the Parties stipulate and respectfully request that this action be stayed pending final approval of the proposed class action settlement in *Shelley Carl, et al. v. Advanced Call Center Technologies, LLC*, Superior Court for the State of California, Sacramento County, Case No. 34-2013-00148310.   The Parties will file a joint statement notifying the Court of the status of the proposed class action settlement within three days of the Sacramento Superior Court's ruling on the motion for final approval.

**IT IS SO STIPULATED.**

Dated: June 2, 2014

/s/ <em>Michael G. Leggieri</em>
MICHAEL E. BREWER
MICHAEL G. LEGGIERI
LITTLER MENDELSON, P.C.
Attorneys for Defendant
ADVANCED CALL CENTER
TECHNOLOGIES, LLC

Dated: June 2, 2014

/s/ <em>Charles A. Jones</em> [with permission]
CHARLES A. JONES
JONES LAW FIRM
Attorneys for Plaintiff
DEVRA KEOKONGCHACK

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

STIPULATION AND ORDER

13CV1385

1

**ORDER**

2        Good cause appearing, the Parties' stipulation for a stay pending final approval of the

3   proposed class action settlement in *Shelley Carl, et al. v. Advanced Call Center Technologies, LLC*,

4   Superior Court for the State of California, Sacramento County, Case No. 34-2013-00148310, is

5   **GRANTED**.  The Parties are directed to file a joint statement notifying the Court of the status of the

6   proposed class action settlement within three days of the Sacramento Superior Court's ruling on the

7   motion for final approval.

8        **IT IS SO ORDERED**.

9   Dated: June 2, 2014

10

11

12

                                                    _____
13                                                  Troy L. Nunley
                                                    United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

4.