MICHAEL E. BREWER, Bar No. 177912
MICHAEL G. LEGGIERI, Bar No. 253791
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, CA  94597
Telephone:  925.932.2468
Fax:  925.946.9809

Attorneys for Defendant
ADVANCED CALL CENTER TECHNOLOGIES, LLC

MATTHEW RIGHETTI, Bar No. 121012
JOHN GLUGOSKI, Bar No. 191551
RIGHETTI GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, CA 94104
Telephone:  415.983.0900
Fax:  415.397.9005

CHARLES A. JONES, Bar No. 224915
JONES LAW FIRM
9585 Prototype Court, Suite B
Reno, NV  89521
Telephone:  775.853.6640
Fax:  775.853.6445

Attorneys for Plaintiff
DEVRA KEOKONGCHACK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DEVRA KEOKONGCHACK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED CALL CENTER TECHNOLOGIES, LLC, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.  13cv1385 TLN (AC)<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE FOLLOWING FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT IN *CARL, ET AL. V. ADVANCED CALL CENTER TECHNOLOGIES, LLC*** |

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

STIPULATION AND ORDER                                                                                                     13CV1385

Plaintiff Devra Keokongchack ("Plaintiff") and Defendant Advanced Call Center Technologies, LLC ("ACT") (collectively "the Parties"), by and through their counsel of record, hereby submit this stipulation for dismissal with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

## RECITALS

The facts underlying the stipulation are as follows:

1. Plaintiff is dismissing the claims in this action because they are all covered by the class action settlement in *Shelley Carl, et al. v. Advanced Call Center Technologies, LLC*, Sacramento County Superior Court Case No. 34-2013-00148310 ("*Carl* Settlement").

2. Plaintiff opted to participate in the *Carl* Settlement.

3. The Sacramento County Superior Court granted final approval of the *Carl* Settlement on November 13, 2014.  A copy of the final judgment and order is attached hereto as Exhibit A.

4. As of the date of this stipulation, no class has been certified in this action and no notice has been sent to the putative class members.

5. Other than the requirement to notify this Court once the Sacramento County Superior Court granted final approval of the *Carl* Settlement, no other deadlines or hearings are set in this matter.

## STIPULATION

Accordingly, in light of the above, the Parties, by and through their counsel, stipulate and request that the entire action be dismissed with prejudice. Each party shall bear their own fees and costs except as set forth in the *Carl* Settlement's final judgment and order.

**IT IS SO STIPULATED.**

Dated: November 19, 2014

>                     /s/ *Charles A. Jones* [with permission]
>                     CHARLES A. JONES
>                     JONES LAW FIRM
>                     Attorneys for Plaintiff
>                     DEVRA KEOKONGCHACK

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

1.

STIPULATION AND ORDER                                                   13CV1385

Dated: November 19, 2014

/s/ *Michael G. Leggieri*
MICHAEL E. BREWER
MICHAEL G. LEGGIERI
LITTLER MENDELSON, P.C.
Attorneys for Defendant
ADVANCED CALL CENTER TECHNOLOGIES, LLC

## **ORDER**

Good cause appearing, the Parties' stipulation and request to dismiss this action with prejudice is **GRANTED**. Each party shall bear their own fees and costs except as set forth in the *Carl* Settlement's final judgment and order.

**IT IS SO ORDERED**.

Dated:  November 20, 2014

Troy L. Nunley
United States District Judge

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

2.

STIPULATION AND ORDER                                                                                                                    13CV1385